### No. 8.

#### TREASURER OF WINDSOR COUNTY *against* JONES ET AL. *Windsor*, 1816.

AN action qui tam, to recover a penalty under the Statute against issuing private bills of credit, may be brought in a County, *other* than where the bills issued.